IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY FLORES,

        Plaintiff,              No. 2: 11-cv-2446 KJN P

    vs.

CALIFORNIA HIGHWAY PATROL, et al.,

        Defendants.        ORDER

_____/

        Plaintiff is proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On September 22, 2011, plaintiff consented to the jurisdiction of the undersigned. For the following reasons, this action is dismissed.

        On September 29, 2011, the undersigned granted plaintiff thirty days to file an amended complaint. Thirty days passed and plaintiff did not file an amended complaint.

        The September 29, 2011 order was served on plaintiff at his address of record, i.e., the Sacramento County Jail. On October 31, 2011, the court received notice from the Sacramento County Sheriff's Department that plaintiff is no longer in custody at the jail. Plaintiff did not file a notice of change of address indicating his new address.

////

1

On November 14, 2011, the undersigned granted plaintiff thirty days to show cause why this action should not be dismissed for his failure to file a notice of change of address. On November 23, 2011, the November 14, 2011 order was returned unserved.

It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Local Rule 182(f). Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed for plaintiff's failure to keep the court apprised of his current address.

DATED: January 24, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

fl2446.dis